<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6522**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MERRICK RALPH FALESBORK, a/k/a Merrick, a/k/a
Merc,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CR-91-116, CA-97-397-2)

───────────

Submitted:  August 19, 1999          Decided:  August 25, 1999

───────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Cheryl Johns Sturm, for Appellant.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Merrick Ralph Falesbork seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Falesbork, Nos. CR-91-116; CA-97-397-2 (E.D. Va. Mar. 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Contrary to Falesbork's argument, analysis of his ex post facto claim under the 1987 version of the U.S. Sentencing Guidelines, rather than the 1988 version, does not change the district court's reasoning, which we deem to be sound.

2